UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Blair Hobson,<br>Plaintiff<br>v.<br>Steel Lending Group, LLC, et al.,<br>Defendants | Case No.: 2:26-cv-02412-CDS-DJA<br>**Order Regarding Verified Petition of Ari Marcus**<br>[ECF No. 4] |

Ari Marcus seeks leave to appear pro hac vice in this matter on behalf of plaintiff Blair Hobson. ECF No. 4. The petition indicates that Marcus is an active member of the New Jersey bar. *Id.* at 2. The petition further states that Marcus has been granted pro hac vice admission in the District of Nevada five times in the two years preceding his present petition, *id.* at 3, making this his sixth application in a three-year period.

Admission to appear pro hac vice in an action pending in this district is governed by Local Rule IA 11-2. The rule provides that "[a]bsent special circumstances and a showing of good cause, repeated appearances by any attorney under this rule will be cause for denial of the attorney's verified petition." LR IA 11-2(f). It further presumes that more than five appearances in a three-year period is an excessive use of this rule LR IA 11-2(f)(1). In these instances, "[t]he attorney has the burden to establish special circumstances and good cause for an appearance in excess of limitations set forth in subsection (f)(1) of this rule." LR IA 11-2(f)(2).

Therefore, attorney Ari Marcus is directed to file an affidavit in response to this order, no later than September 17, 2026, setting forth special circumstances and demonstrating good cause why his verified petition to practice pro hac vice should be granted in view of the prohibition against such an appearance.

Dated: September 3, 2026

_______________________________
Cristina D. Silva
United States District Judge