Rory T. Kay (NSBN 12416)
Karyna M. Pome'e (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kpomee@mcdonaldcarano.com

*Attorneys for Steel Lending Group, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Blair Hobson,

Plaintiff,

v.

Steel Lending Group, LLC and Zane Investigations, Inc.,

Defendants.

Case No. 2:26-cv-02412-CDS-DJA

**~~STIPULATION AND~~ ORDER TO EXTEND TIME FOR STEEL LENDING GROUP, LLC TO FILE A RESPONSIVE PLEADING**

**[First Request]**

Defendant Steel Lending Group, LLC ("Steel Lending"), and Plaintiff Blair Hobson ("Hobson" collectively with Steel Lending, the "Parties"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following stipulation to extend the deadline for Steel Lending to file its responsive pleading to Hobson's Complaint (ECF No. 1).

The Parties stipulate as follows:

1. On or about August 25, 2026, Steel Lending was served with the Summons and Complaint;

2. Steel Lending Group retained counsel, and on September 15, 2026, counsel for Steel Lending Group contacted counsel for Hobson to request a stipulated extension of Steel Lending Group's deadline to respond to the complaint while it continues investigating Hobson's claims;

3. On September 16, 2026, the Parties agreed that good cause exists to extend Steel Lending Group's deadline to respond to the complaint to October 16, 2026, to allow the Parties to explore early resolution of this matter.

4. This stipulation is made in good faith and not for the purpose of delay; and

5. This is the first stipulated request to extend Steel Lending's responsive pleading deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Steel Lending's time to file a responsive pleading to Hobson's Complaint is extended. Steel Lending shall file its responsive pleading on or before October 16, 2026.

Dated this 16th day of September, 2026.

McDONALD CARANO LLP

By: */s/ Karyna M. Pome'e*
Rory T. Kay (NSBN 12416)
Karyna M. Pome'e (NSBN 16044)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kpomee@mcdonaldcarano.com

*Attorneys for Steel Lending Group, LLC*

HERNANDEZ & MASSI

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez (NSBN 12594)
8920 W. Tropicana Avenue
Suite 101
Las Vegas, Nevada 89147
Telephone: (702)563-4450
kevin@hernandezandmassi.com

Ari H. Marcus, *pro hac vice* submitted
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732)695-3282
ari@marcuszelman.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966



4927-4331-8993.1