UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Blair Hobson,

Plaintiff

v.

Steel Lending Group, LLC, et al.,

Defendants

Case No.: 2:26-cv-02412-CDS-DJA

**Order Addressing Ari Marcus's Verified Petition to Practice Pro Hac Vice**

I ordered Ari Marcus to file an affidavit establishing the special circumstances and good cause warranting an appearance in excess of the limitations set forth in this district's local rule governing the admission of nonresident attorneys to practice in Nevada. ECF No. 6. He timely complied, filing a declaration submitting that a sixth pro hac vice application is not an excessive use of the rule. ECF No. 9. Marcus avers that he was unaware that his application had exceeded the district's limitations. *Id.* at 2. He further states that, if his application is not granted, the plaintiff would be left without experienced counsel and would face significant difficulty finding comparable replacement counsel. *Id.* at 3.

The Supreme Court has described pro hac vice attorneys as "one-time or occasional practitioners." *See Frazier v. Heebe*, 482 U.S. 641, 647 (1987). Under that description, Marcus's repeated appearances warrant denial of his application. *See also* LR IA 11-2(f). Nonetheless, although I find that Marcus has not demonstrated special circumstances or good cause, I am willing to make an exception to the pro hac vice rules for this, his sixth appearance. Accordingly, his verified petition will be granted by separate order.

Dated: September 29, 2026

_______________________________
Cristina D. Silva
United States District Judge